**Jack LeFROCK, M.D., Plaintiff–Appellant,**

v.

**WALGREEN CO., a foreign corporation doing business in Florida, Defendant–Appellee.**

No. 15–10744

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 24, 2016.

Lawrence Klepetko, Law Office of Lawrence Klepetko, Sarasota, FL, for Plaintiff-Appellant.

Daniel A. Krawiec, Arthur J. Laplante, Martin D. Stern, Hinshaw & Culbertson, LLP, Elizabeth Koebel Russo, Russo Appellate Firm, PA, MIAMI, FL, for Defendant–Appellee.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Jack LeFrock, M.D., appeals the summary judgment the District Court granted Walgreen Co., on his state law claims for slander. Doc. 51. His principal argument is that the court misapplied the Florida law in holding that the statements Walgreen's pharmacists made to his patients while filling their prescriptions were privileged. We find no error. The statements were privileged, and LeFrock presented no evidence to show that they were made with malice.

AFFIRMED.